UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT O LINDOW, | Case No. 20-cv-03271-HSG |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL** |
| DARREN WALLACE, et al., | |
| Defendants. | Re: Dkt. No. 25 |

The Court has reviewed Magistrate Judge Cousins Report and Recommendation Re Dismissal, as well as objections to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 4/28/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge